| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com) |
| 3 | MARK R. WEINSTEIN (193043)<br>(mweinstein@cooley.com) |
| 4 | PRIYA VISWANATH (238089)<br>(pviswanath@cooley.com) |
| 5 | LAM K. NGUYEN (265285)<br>(lnguyen@cooley.com) |
| 6 | 3175 Hanover Street<br>Palo Alto, CA  94304-1130 |
| 7 | Telephone:  (650) 843-5000<br>Facsimile:   (650) 849-7400 |
| 8 | |
| 9 | Attorneys for Plaintiffs<br>HTC Corporation and HTC America, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HTC CORPORATION, HTC AMERICA, INC., | Case No. |
|---|---|
| Plaintiffs, | **NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS PURSUANT TO L.R. 83-1.4** |
| v. | |
| ACACIA RESEARCH CORPORATION, SAINT LAWRENCE COMMUNICATIONS LLC, | |
| Defendants. | |

Pursuant to L.R. 83-1.4, Plaintiffs HTC Corporation and HTC America, Inc. (collectively "HTC") hereby provide the Court with the following information:

On November 18, 2014, Saint Lawrence Communications LLC filed suit against LG Electronics, Inc., LG Electronics Alabama, Inc., and LG Electronics USA, Inc. in the United States District Court for the Eastern District of Texas, Marshall Division.  That case is entitled *Saint Lawrence Communications LLC v. LG Electronics, Inc, et al.*, Case No. 2:14-cv-01055-JRG ("LG Action") and

involves the same five patents on which HTC is seeking declaratory judgment relief in this case.

In the LG Action, Plaintiff Saint Lawrence Communications LLC is represented by Demetrios Anaipakos, Amir Alavi, Brian E. Simmons, Alisa A. Lipski, and Michael McBride , all of the law firm:

    Ahmand, Zavitsanos, Anaipakos, Alavi & Mensing P.C.

    1221 McKinney Street, Suite 3460

    Houston, TX 77010

    Telephone: 713-655-1101.

In the LG Action, Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Alabama, Inc. are represented by Melissa Richards Smith of the law firm:

    Gillam & Smith, LLP

    303 South Washington Avenue

    Marshall, TX 75670

    Telephone: 903-934-8453

Dated: March 9, 2015

Respectfully submitted,

COOLEY LLP

*/s/ Heidi L. Keefe*
Heidi L. Keefe

Attorneys for Plaintiffs
HTC Corporation and HTC America, Inc.