MARC J. SCHNEIDER, State Bar No. 214609
  mschneider@sycr.com
STEPHEN L. RAM, State Bar No. 240769
  sram@sycr.com
RYAN W. SMITH, State Bar No. 272361
  rsmith@sycr.com
JESSICA L. Mullen, State Bar No. 288845
  jmullen@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Attorneys for Defendant
ACACIA RESEARCH CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| HTC CORPORATION, HTC AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACACIA RESEARCH CORPORATION, SAINT LAWRENCE COMMUNICATIONS LLC, <br><br> Defendants. | Case No. SACV15-00378-CJC (DFMx) <br><br> **DECLARATION OF STEPHEN L. RAM IN SUPPORT OF DEFENDANT ACACIA RESEARCH CORPORATIONS' MOTION TO DISMISS** <br><br> [*Filed concurrently with Notice of Motion and Motion to Dismiss; Request for Judicial Notice; Disclosure; and [Proposed] Order Granting the Motion to Dismiss*] <br><br> Hearing: <br> Date: September 14, 2015 <br> Time: 1:30 p.m. <br> Ctrm: 9B <br> Judge: Hon. Cormac J. Carney <br><br> Action File: March 9, 2015 <br> Trial Date: None Set |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

DECLARATION OF STEPHEN L. RAM

LITIOC/2122234v2/101022-0123

I, Stephen L. Ram, declare:

1. I am an attorney duly licensed to practice before all courts of the State of California and a shareholder at Stradling, Yocca, Carlson & Rauth, P.C., attorneys of record for defendant Acacia Research Corporation ("ARC"). I submit this declaration in support of ARC's Motion to Dismiss Plaintiffs HTC Corporation and HTC America, Inc.'s (collectively, "HTC") Complaint. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2. Attached hereto as **Exhibit 1** is a true and correct copy of ARC's Form 10-K for the period ending December 31, 2014. This document was downloaded under my direction and supervision from the website for the United States Securities and Exchange Commission.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the chain of assignment for U.S. Patent Nos. 6,795,805, 6,807,524, 7,151,802, 7,260,521 and 7,191,123. This document was downloaded under my direction and supervision from the website for the United States Patent and Trademark Office (http://assignment.uspto.gov/#/assignment?id= 32032- 113&q =patNum%3A (6795805)).

4. Attached hereto as **Exhibit 3** is a true and correct copy of the proof of service on ARC in this action.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an order from *Sony Elecs., Inc. v. Digitech Image Techs., LLC*, No. 12-980-RGA (D. Del. Dec. 11, 2012) granting a motion to dismiss for lack of subject matter jurisdiction in a declaratory relief action. This document was downloaded under my direction and supervision from PACER.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the complaint from *Saint Lawrence Communications LLC v. Samsung Electronics Co.*

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

DECLARATION OF STEPHEN L. RAM

LITIOC/2122234v2/101022-0123

1  *Ltd. et al.*, 2:14-cv-00293 (E.D. Tex.).  This document was downloaded under my
2  direction and supervision from PACER.

3      7.    Attached hereto as **Exhibit 6** is a true and correct copy of the docket
4  from *Saint Lawrence Communications LLC v. Samsung Electronics Co. Ltd. et al.*,
5  2:14-cv-00293 (E.D. Tex.).  This document was downloaded under my direction
6  and supervision from PACER.

7      8.    Attached hereto as **Exhibit 7** is a true and correct copy of the
8  complaint from *Saint Lawrence Communications LLC v. LG Electronics, Inc. et
9  al.*, 2:14-cv-01055 (E.D. Tex.).  This document was downloaded under my
10 direction and supervision from PACER.

11     9.    Attached hereto as **Exhibit 8** is a true and correct copy of the docket
12 from *Saint Lawrence Communications LLC v. LG Electronics, Inc. et al.*, 2:14-cv-
13 01055 (E.D. Tex.).  This document was downloaded under my direction and
14 supervision from PACER.

15     10.    Attached hereto as **Exhibit 9** is a true and correct copy of HTC's 2014
16 Annual Report.  This document was downloaded under my direction and
17 supervision from HTC's website (http://investors.htc.com/phoenix.zhtml
18 ?c=148697&p=irol-reportsannual).

19     11.    Attached hereto as **Exhibit 10** is a true and correct copy of the
20 complaint from *Saint Lawrence Communications LLC v. HTC Corporation et al.*,
21 Case No. 2:15-cv-00919-JRG (E.D. Tex.).  This document was downloaded under
22 my direction and supervision from PACER.
23 //
24 //
25 //
26 //
27 //
28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-

DECLARATION OF STEPHEN L. RAM

LITIOC/2122234v2/101022-0123

12. Attached hereto as **Exhibit 11** is a true and correct copy of the docket from *Saint Lawrence Communications LLC v. HTC Corporation et al.*, Case No. 2:15-cv-00919-JRG (E.D. Tex.). This document was downloaded under my direction and supervision from PACER.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 6th day of August, 2015, at Newport Beach, California.

_____
STEPHEN L. RAM

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-3-
DECLARATION OF STEPHEN L. RAM
LITIOC/2122234v2/101022-0123

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that: I am employed by Stradling Yocca Carlson & Rauth in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 660 Newport Center Drive, Suite 1600, Newport Beach, CA 92660-6422. My email address is kolson@sycr.com. On August 7, 2015, I served the within document(s):

**DECLARATION OF STEPHEN L. RAM IN SUPPORT OF DEFENDANT ACACIA RESEARCH CORPORATIONS' MOTION TO DISMISS**

[X] **By electronic service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the above-referenced document(s) to be sent to the person(s) at the electronic address(es) listed below.

| | |
|---|---|
| Heidi L. Keefe<br> hkeefe@cooley.com<br>Mark R. Weinstein<br> mweinstein@cooley.com<br>Priya Viswanath<br> pviswanath@cooley.com<br>Lam K. Nguyen<br> lnguyen@cooley.com<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (659) 843-5000<br>Facsimile: (650) 849-7400 | Attorneys for Plaintiffs HTC CORPORATION and HTC AMERICA, INC. |

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on August 7, 2015, at Newport Beach, California.

_____
Kim Olson

Stradling Yocca Carlson & Rauth
Lawyers
Newport Beach

-1-

LITIOC/2122234v2/101022-0123