MARC J. SCHNEIDER, State Bar No. 214609
 mschneider@sycr.com
STEPHEN L. RAM, State Bar No. 240769
 sram@sycr.com
RYAN W. SMITH, State Bar No. 272361
 rsmith@sycr.com
JESSICA L. Mullen, State Bar No. 288845
 jmullen@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone:  (949) 725-4000
Facsimile:  (949) 725-4100

Attorneys for Defendant
ACACIA RESEARCH CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| HTC CORPORATION, HTC AMERICA, INC., | Case No. SACV15-00378-CJC (DFMx) |
| Plaintiffs, | **DEFENDANT ACACIA RESEARCH CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT** |
| v. | |
| ACACIA RESEARCH CORPORATION, SAINT LAWRENCE COMMUNICATIONS LLC, | *[Filed concurrently with Notice of Motion and Motion to Dismiss; Declaration of Ram; Request for Judicial Notice; and [Proposed] Order Granting the Motion to Dismiss* |
| Defendants. | |
| | Hearing: |
| | Date:      September 14, 2015 |
| | Time:      1:30 p.m. |
| | Ctrm:     9B |
| | Judge:    Hon. Cormac J. Carney |
| | Action File:  March 9, 2015 |
| | Trial Date:   None Set |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

ACACIA'S RULE 7.1 DISCLOSURE STATEMENT

LITIOC/2122352v1/101022-0123

1    Pursuant to Federal Rule of Civil Procedure 7.1 and U.S. District Court

2  (C.D. Cal.) Local Rule 7.1-1, the undersigned, counsel of record for Defendant

3  Acacia Research Corporation, certifies that the following listed party (or parties)

4  may have a pecuniary interest in the outcome of this case.  These representations

5  are made to enable the Court to evaluate possible disqualification or recusal.

6    Acacia Research Corporation has no parent corporation; it is a publicly

7  traded company listed on NASDAQ as "ACTG."

8

9

10                                    Respectfully submitted,

   Dated:  August 7, 2015            STRADLING YOCCA CARLSON & RAUTH,
11                                    P.C.

12
                                     By: _/s/ Marc J. Schneider_____
13                                          Marc J. Schneider
                                            Stephen L. Ram
14                                          Ryan W. Smith
                                            Jessica L. Mullen
15                                   Attorneys for Defendant ACACIA RESEARCH
                                     CORPORATION
16

17

18

19

20

21

22

23

24

25

26

27

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

ACACIA'S RULE 7.1 DISCLOSURE STATEMENT
LITIOC/2122352v1/101022-0123

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that:  I am employed by Stradling Yocca Carlson & Rauth in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is: 660 Newport Center Drive, Suite 1600, Newport Beach, CA  92660-6422.  My email address is kolson@sycr.com.  On August 7, 2015, I served the within document(s):

**DEFENDANT ACACIA RESEARCH CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT**

| ☒ | **By electronic service.**  Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the above-referenced document(s) to be sent to the person(s) at the electronic address(es) listed below. |
|---|---|

| | |
|---|---|
| Heidi L. Keefe<br>  hkeefe@cooley.com<br>Mark R. Weinstein<br>  mweinstein@cooley.com<br>Priya Viswanath<br>  pviswanath@cooley.com<br>Lam K. Nguyen<br>  lnguyen@cooley.com<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>Telephone:  (659) 843-5000<br>Facsimile:  (650) 849-7400 | Attorneys for Plaintiffs HTC CORPORATION and HTC AMERICA, INC. |

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on August 7, 2015, at Newport Beach, California.

_____
Kim Olson

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

ACACIA'S RULE 7.1 DISCLOSURE STATEMENT

LITIOC/2122352v1/101022-0123