**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **SAINT LAWRENCE COMMUNICATIONS LLC,** | § § § | **Case No. 2:15-cv-00919-JRG-RSP** |
| | § | **(Lead Case)** |
| **Plaintiff,** | § § | |
| | § | |
| **v.** | § § | |
| | § | |
| **HTC CORPORATION AND HTC AMERICA, INC.,** | § § § | |
| | § | |
| **Defendants.** | § § | |
| | § | |
| **HTC CORPORATION AND HTC AMERICA, INC.,** | § § § | **Case No. 2:15-cv-001510-JRG-RSP** |
| | § | **(Consolidated Case)** |
| **Plaintiff,** | § § | |
| | § | |
| **v.** | § § | |
| | § | |
| **ACACIA RESEARCH CORPORATION, SAINT LAWRENCE COMMUNICATIONS LLC,** | § § § | |
| | § | |
| **Defendants.** | § § | |
| | § | |

## <u>ORDER OF DISMISSAL WITHOUT PREJUDICE</u>

BEFORE THE COURT is the Joint Stipulation and Motion to Dismiss Without Prejudice of Saint Lawrence Communications ("St. Lawrence") and HTC Corporation and HTC America, Inc. (collectively, "HTC") for both case number 2:15-cv-919-JRG-RSP and consolidated matter 2:15-cv-1510-JRG-RSP.

In accordance with Fed. R. Civ. P. 41, the Court hereby ORDERS as follows:

- St. Lawrence's claims for relief against HTC and all of HTC's counterclaims and defenses against St. Lawrence in case number 2:15-cv-919-JRG-RSP are DISMISSED WITHOUT PREJUDICE;

- HTC's claims for relief against St. Lawrence and all of St. Lawrence's counterclaims and defenses against HTC in consolidated matter 2:15-cv-1510-JRG-RSP are DISMISSED WITHOUT PREJUDICE

- All attorneys' fees, costs of Court, and expenses for both case number 2:15-cv-919-JRG-RSP and consolidated matter 2:15-cv-1510-JRG-RSP are to be borne by the party incurring same.

   **SIGNED this 4th day of November, 2016.**


ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE